UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BENJAMIN FRANKLIN MIKLUSICAK,

    Defendant.
_____/

Case No. 1:15-cr-201

HON. JANET T. NEFF

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed on December 5, 2016 by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge (Dkt 53) is approved and adopted as the opinion of the Court.

2. Defendant's plea of guilty is accepted and defendant is adjudicated guilty of the charge set forth in Count Two of the Indictment.

3. The written plea agreement is hereby continued under advisement pending sentencing.

Dated: December 20, 2016
        /s/ Janet T. Neff
        JANET T. NEFF
        United States District Judge